FILED
09 JUL 23 PM 1:56
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JULY 15, 2009

TO: CLERK, U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE, 16TH FLOOR
SAN FRANCISCO, CA. 94102

FROM: LORENZO BENTON B-85066
P.B.S.P. SHU D2-101
P.O. BOX 7500
CRESCENT CITY, CA 95532-7500

RE: NOTICE - APPEAL FEE PAST DUE (CASE NUMBER: 3:08-CV-00295-MMC)

DEAR CLERK, U.S. DISTRICT COURT;

AS NOTED IN YOUR THIRD & FINAL NOTICE - APPEAL FEE PAST DUE, THIS IS YOUR THIRD NOTICE OF FEE DUE. WELL I WOULD LIKE FOR YOU TO KNOW, PRIOR TO ME RECEIVING THIS THIRD NOTICE ON THIS 15 DAY OF JULY 2009, I INITIALLY ACKNOWLEDGE YOUR INITIAL NOTICE OF APRIL 13, 2009, ON OR ABOUT APRIL 19, 2009, WHEREBY AT SAID TIME I ATTEMPTED TO MAKE YOU AWARE, THAT WHEN I FILED MY NOTICE OF APPEAL ON APRIL 5, 2009, I ALSO FILED WITH IT A CERTIFICATE OF APPEALABILITY AND A MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS STATUS, TO WHICH THE CERTIFICATE OF APPEALABILITY AND TO PROCEED IN FORMA PAUPERIS ON APPEAL WERE DENIED ON APRIL 10, 2009. NOW AS NOTED WITHIN MY IN FORMA PAUPERIS MOTION, I AM/WAS INDIGENT AND TO THIS DAY I REMAIN AS SO AND WITHOUT THE GRANTING OF IN FORMA PAUPERIS, I AM UNABLE TO PROVIDE YOU WITH THE $455.00 DOCKETING FEE. SO UNLESS, I AM GIVEN IN FORMA PAUPERIS STATUS, I AM NOT IN A POSITION TO PROVIDE SAID PAYMENT.

TRUTHFULLY SUBMITTED BY,

Lorenzo Benton

LORENZO BENTON B-85066
P.B.S.P. SHU D2-101
P.O BOX 7500
CRESCENT CITY, CA. 95532-7500

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
$ 00.44⁰
0004217666
JUL 21 2009
MAILED FROM ZIP CODE 95531

FILED
09 JUL 23

MMC

TO: CLERK, U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVE., 16th FLOOR
SAN FRANCISCO, CA. 94102

94102$3661 C004

(CONFIDENTIAL LEGAL MAIL)

7/15/09

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-2

PBSP
URGENT ENVELOPES